**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION**

| | |
|---|---|
| DAVID BUPP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:21-cv-188 |
| | ) |
| XPO LOGISTICS FREIGHT, INC., | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**I. NATURE OF THE CASE**

1. This is an action brought by Plaintiff, David Bupp ("Bupp"), by counsel, against Defendant, XPO Logistics Freight, Inc. ("Defendant"), for violating the Age Discrimination in Employment Act, ("ADEA"), as amended, 29 U.S.C. §621 *et. seq.*

**II. PARTIES**

2. Bupp, at all times relevant to this litigation, resided within the geographical boundaries of the Southern District of Indiana.

3. Defendant is a foreign corporation that maintains offices and conducts business within the Southern District of Indiana.

**III. JURISDICTION AND VENUE**

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; and 29 U.S.C. § 626.

5. Defendant is an "employer" as that term is defined by 29 U.S.C. § 630(b).

1

6. At all times relevant to this action, Bupp was an "employee" as that term is defined by 29 U.S.C. § 630(f).

7. Bupp exhausted his administrative remedies by timely filing a Charge of Discrimination against Defendant with the Equal Employment Opportunity Commission alleging discrimination on the basis of his age. He files this complaint within ninety (90) days of receipt of his Notice of Right to Sue.

8. A substantial part of the events, transactions, and occurrences concerning this case arose in the geographical environs of the Southern District of Indiana; therefore, venue is proper in this Court.

### IV.  FACTUAL ALLEGATIONS

9. Bupp was hired by Defendant in or about April 1997. Most recently, he served as a Driver Sales Representative.

10. At all relevant times, Bupp met or exceeded Defendant's legitimate performance expectations.

11. Despite this, Defendant terminated Bupp's employment on or about February 10, 2021. Defendant's stated reason was that he failed to report an accident. Defendant's stated reason is pretext for age discrimination. Unbeknownst to Bupp, he had accidentally clipped a picnic table and caused minor damage when he was pulling out of a delivery.

12. Once the incident was brought to his attention, Bupp took full responsibility for the minor damage that was caused to the picnic table.

13. Bupp was subjected to negative comments regarding his age. For example, he was reminded several times that they could hire two younger guys for what they were paying Bupp.

14. Similarly situated individuals were not terminated for making more egregious errors than Bupp. For example, Nathaniel Cook fell asleep while driving a company vehicle and destroyed a tractor, two trailers, and all of the cargo; however, he was not terminated by Defendant. Cook is approximately 30 years younger than Bupp.

## V. Legal Allegations

### Age Discrimination

15. Paragraphs one (1) through thirteen (13) of Bupp's Complaint are hereby incorporated.

16. Bupp's employment was terminated because of his age.

17. Defendant willfully and intentionally discriminated against Bupp on the basis of his age in violation of the ADEA.

18. Bupp has suffered damages as a result of Defendant unlawful actions.

## VI. Requested Relief

WHEREFORE, Plaintiff, David Bupp, by counsel, respectfully requests that this Court find for Plaintiff and:

1. Reinstate Plaintiff to the position, salary and seniority level he would have enjoyed but for Defendant's unlawful employment actions, or award him front pay in lieu thereof;

2. Pay Plaintiff's lost wages and benefits;

3. Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

4. Liquidated damages for Defendant's violations of the ADEA;

5. All costs and attorney's fees incurred as a result of bringing this action;

6. Pre- and post-judgment interest on all sums recoverable; and

7. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

/s Andrew Dutkanych
Andrew Dutkanych, Attorney No. 23551-49
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, Indiana 47708
Telephone:   (812) 424-1000
Facsimile:   (812) 424-1005
Email: ad@bdlegal.com

*Attorney for Plaintiff, David Bupp*

## DEMAND FOR JURY TRIAL

The Plaintiff, David Bupp, by counsel, respectfully requests a jury trial as to all issues deemed so triable.

Respectfully submitted,

/s Andrew Dutkanych
Andrew Dutkanych, Attorney No. 23551-49
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, Indiana 47708
Telephone:   (812) 424-1000
Facsimile:   (812) 424-1005
Email: ad@bdlegal.com